AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Olympia Sports Company, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 7:21-cv-4279-KMK |
| Natural Essentials Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Natural Essentials Inc.

Date: 10/22/2021

/s/ Edward C. Wipper
*Attorney's signature*

Edward C. Wipper EW-6140
*Printed name and bar number*
Benesch, Friedlander, Coplan & Aronoff LLP
17 State Street, Suite 4000
New York, New York 10004

*Address*

ewipper@beneschlaw.com
*E-mail address*

(646) 593-7050
*Telephone number*

(646) 798-8902
*FAX number*