UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
OLYMPIA SPORTS COMPANY, INC.  :
          Plaintiff  :  Civil Action No. 7:21-cv-04279-KMK
      :
vs.  :  JUDGE KENNETH M. KARAS
      :
NATURAL ESSENTIALS INC.  :  [~~PROPOSED~~] **ORDER FOR**
      :  **ADMISSION *PRO HAC VICE***
          Defendant  :
      :
------------------------------------------------------- x

      The motion of James E. von der Heydt for admission to practice *pro hac vice* in the above-captioned action is GRANTED.

      Applicant has declared that he is a member in good standing of the Bar of the State of Ohio and that his contact information is as follows:

> James E. von der Heydt
> Benesch, Friedlander, Coplan & Aronoff LLP
> 200 Public Square, Suite 2300
> Cleveland, Ohio 44114
> Telephone: (216) 363-4500
> Facsimile: (216) 363-4588
> Email: jvonderheydt@beneschlaw.com

      Applicant having requested admission to appear for all purposes as counsel for Defendant Natural Essentials, Inc. in the above-captioned action;

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 1/28/2022

_____
KENNETH M. KARAS
United States District Court Judge

15381315 v1