UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- x
OLYMPIA SPORTS COMPANY, INC.    :
                                :    Civil Actions No. 7:21-cv-04279-KMK
         *Plaintiff/Defendant*  :     & No. 7:22-cv-03397-KMK
                                :
     v.                         :
                                :    **JOINT STIPULATION OF DISMISSAL**
NATURAL ESSENTIALS INC.         :    **IN BOTH PENDING ACTIONS AND**
                                :    **MOTION FOR RETAINED**
         *Defendant/Plaintiff*  :    **JURISDICTION TO ENFORCE**
                                :    **SETTLEMENT AGREEMENT**
                                :
------------------------------------------------- x

    Pursuant to Rule 41(a)(1)(A)(ii), under the terms of a settlement they have reached, the parties hereby dismiss the above-captioned actions. Olympia Sports Company, Inc., as the Plaintiff, dismisses case 21-CV-4279 with prejudice, and Natural Essentials Inc., as the Plaintiff, dismisses case 22-CV-3397 with prejudice.

    Attached hereto as Exhibit A is the executed copy of the parties' Settlement Agreement. The parties respectfully request that the Court retain jurisdiction to enforce that Agreement.

Dated:   August 17, 2022                Respectfully submitted,

                                        */s/ Laura E. Kogan*
                                        Laura E. Kogan
                                        James E. von der Heydt
                                        **BENESCH, FRIEDLANDER, COPLAN**
                                          **& ARONOFF LLP**
                                        200 Public Square, Suite 2300
                                        Cleveland, Ohio 44114-2378
                                        Telephone:   216.363.4500
                                        Email:       lkogan@beneschlaw.com

Edward C. Wipper
BENESCH, FRIEDLANDER, COPLAN & ARONOFF
17 State Street, Suite 4000
New York, New York 10004
Telephone: (646) 593-7051
Facsimile: (646) 798-8902
Email: EWipper@BeneschLaw.com

*Attorneys for Defendant Natural Essentials Inc.*


*/s/ Gayle M. Dampf, Esq.*  [per email consent]
Gayle M. Dampf, Esq.
Marin Goodman, LLP
500 Mamaroneck Avenue, Suite 102
Harrison, New York 10528
Tel: (212) 661-1151
Fax: (212) 661-1141
Email: gdampf@maringoodman.com

*Attorney for Plaintiff Olympia Sports Company, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2022, a copy of the foregoing Joint Stipulation of Dismissal was served upon all parties through the electronic system in both above-captioned cases.

*/s/ Laura E. Kogan*
Laura E. Kogan
*Attorney for Natural Essentials Inc.*

15982808 v1