UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------ x
OLYMPIA SPORTS COMPANY, INC.                     :
                                                 :   Civil Actions No. 7:21-cv-04279-KMK
              Plaintiff/Defendant                :    & No. 7:22-cv-03397-KMK
                                                 :
       v.                                        :
                                                 :   JOINT STIPULATION OF DISMISSAL
NATURAL ESSENTIALS INC.                          :   IN BOTH PENDING ACTIONS AND
                                                 :   MOTION FOR RETAINED
              Defendant/Plaintiff                :   JURISDICTION TO ENFORCE
                                                 :   SETTLEMENT AGREEMENT
                                                 :
                                                 :
------------------------------------------------ x
```

     Pursuant to Rule 41(a)(1)(A)(ii), under the terms of a settlement they have reached, the parties hereby dismiss the above-captioned actions. Olympia Sports Company, Inc., as the Plaintiff, dismisses case 21-CV-4279 with prejudice, and Natural Essentials Inc., as the Plaintiff, dismisses case 22-CV-3397 with prejudice.

     Attached hereto as Exhibit A is the executed copy of the parties' Settlement Agreement. The parties respectfully request that the Court retain jurisdiction to enforce that Agreement.

Dated:   August 17, 2022              Respectfully submitted,

                                                             */s/ Laura E. Kogan*
                                                             Laura E. Kogan
                                                             James E. von der Heydt
                                                             **BENESCH, FRIEDLANDER, COPLAN**
                                                                  **& ARONOFF LLP**
                                                            200 Public Square, Suite 2300
                                                           Cleveland, Ohio 44114-2378
                                                           Telephone:   216.363.4500
                                                           Email:           lkogan@beneschlaw.com

Edward C. Wipper
BENESCH, FRIEDLANDER, COPLAN & ARONOFF
17 State Street, Suite 4000
New York, New York 10004
Telephone: (646) 593-7051
Facsimile: (646) 798-8902
Email: EWipper@BeneschLaw.com

*Attorneys for Defendant Natural Essentials Inc.*


*/s/ Gayle M. Dampf, Esq.*  [per email consent]
Gayle M. Dampf, Esq.
Marin Goodman, LLP
500 Mamaroneck Avenue, Suite 102
Harrison, New York 10528
Tel: (212) 661-1151
Fax: (212) 661-1141
Email: gdampf@maringoodman.com

*Attorney for Plaintiff Olympia Sports Company, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2022, a copy of the foregoing Joint Stipulation of Dismissal was served upon all parties through the electronic system in both above-captioned cases.

/s/ Laura E. Kogan
Laura E. Kogan
*Attorney for Natural Essentials Inc.*

3

15982808 v1